FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 19, 2023**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANTOS FARIAS SANCHEZ,<br><br>Defendant. | No: 2:12-cr-02013-LRS-2<br><br>ORDER GRANTING MOTION TO DISMISS INDICTMENT |

Before the Court is the Government's Motion to Dismiss Indictment pursuant to Federal Rule of Criminal Procedure 48(a). ECF No. 189. The court has reviewed the record and finds the motion should be granted but makes no judgment as to the merit or wisdom of this dismissal. Accordingly,

**IT IS ORDERED:**

1. The Motion to Dismiss Indictment, **ECF No. 189**, is **GRANTED.**

ORDER GRANTING MOTION TO DISMISS INDICTMENT - 1

2. The Indictment and Superseding Indictment as to Santos Farias Sanchez, **ECF Nos. 1** and **140**, are **DISMISSED** without prejudice.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and close the file.

**DATED** July 19, 2023.

_____
LONNY R. SUKO
Senior United States District Judge

ORDER GRANTING MOTION TO DISMISS INDICTMENT - 2